# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,                                               Case No. 13-mc-51043
                                                                        Honorable Denise Page Hood

v.

HELPING HAND HOME HEALTH CARE CORP.,

    Respondent.
_____/

## **ORDER DENYING MOTION FOR CONTEMPT AND SANCTIONS**

        This matter is before the Court on Plaintiff Equal Employment Commission's Motion for Contempt and Sanctions asserting that Respondent Helping Hand Home Health Care Corporation failed to comply with the subpoena as ordered by the Court in its August 6, 2014 Order Regarding Order to Show Cause Why the Subpoena Should Not Be Enforced. (Doc. No. 11) Helping Hand responds that the Court has not issued its decision on its Motion to Amend Judgment/Reconsideration, therefore sanctions should not be issued. The EEOC replies that a pending motion for reconsideration does not stay the order, since no order to stay was issued by the Court.

        The Court denies the Motion for Contempt and Sanctions without prejudice. Helping Hand should now have the necessary documents in response to the subpoena

and the documents must be produced forthwith.  The EEOC may renew the Motion for Contempt and Sanctions if Helping Hand fails to obey the Court's Order within 14 days from the entry of this Order.

Accordingly,

IT IS ORDERED that the Motion for Contempt and for Sanctions  (**Doc. No. 17**) is DENIED without prejudice.  Helping Hand must respond to and produce documents required by the subpoena within 14 days from the entry of this Order.

                    S/Denise Page Hood
                    Denise Page Hood
                    United States District Judge

Dated:  May 28, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 28, 2015, by electronic and/or ordinary mail.

                    S/LaShawn R. Saulsberry
                    Case Manager